# CIRCUIT COURT OF THE CITY OF ROANOKE

Kendrix M. Easley

v.

First Union National Bank

October 23, 1995

Case No. CL95-857

BY JUDGE ROBERT P. DOHERTY, JR.

On October 12, 1995, I took the demurrer filed by the Defendant in the above-captioned matter under advisement. My findings in this matter are as follows.

Plaintiff filed a Motion for Judgment on June 27, 1995, claiming wrongful discharge from his employment because of racial discrimination. He now argues that his position is as set forth and explained in *Lockhart v. Commonwealth Education Systems*, 247 Va. 98 (1994). Defendant has filed a demurrer to the Plaintiff's pleading claiming that the Virginia General Assembly nullified the dictates of *Lockhart, supra*, on July 1, 1995, by its remedial amendments to § 2.1-725, Code of Virginia (1950), as amended. I find that the amendments to the Virginia Human Rights Act are prospective only and do not constitute a bar to the Plaintiff's action.

The filing of the action by the Plaintiff pre-dates the statutory amendments in question. The substantive law in effect at the time the cause of action was filed, as set forth in *Lockhart, supra*, is controlling. In all other respects, the Plaintiff's Motion for Judgment is adequate. The Defendant's demurrer is overruled. The Defendant has twenty-one days to file its grounds of defense.